JULY 20, 2015

83,506-01

LEEROY CESAR CARBAELO
TDCJ-CID #1462910
PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TEXAS 77868

RECEIVED IN Correct Zip Code
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WRIT OF MANDAMUS #WR-83,506-01
    Tr. Ct. No. 1097497-A

DEAR CLERK:

TWO WEEKS AGO, I RECEIVED A WHITE CARD SERVING AS AN OFFICIAL NOTICE THAT ON 6/25/2015, MY ORIGINAL APPLICATION FOR WRIT OF MANDAMUS WAS RECEIVED AND PRESENTED TO THE COURT OF CRIMINAL APPEALS. THIS WHITE CARD HAD THE WRONG ZIP CODE WHERE MY ADDRESS WAS TYPED IN. FORTUNATELY, THE WHITE CARD DID GET TO ME SOMEHOW.

I'M CONCERNED NOW WHETHER YOU HAVE MAILED ME THE COURT"S ORDER OR RESPONSE TO ME AND SOMEONE THERE HAS AGAIN ADDRESSED IT TO ME USING THE WRONG ZIP CODE AND SUCH ORDER OR RESPONSE WAS RETURNED TO YOU.

I HAVE NOT RECEIVED AN ORDER OR RESPONSE CONCERNING MY WRIT OF MANDAMUS FILED IN THIS COURT. PLEASE INFORM ME CONCERNING ANY RESPONSE OR ORDER THAT THE COURT ISSUES CONCERNING MY FILINGS IN THIS COURT.

RESPECTFULLY REQUESTED.

LEEROY CESAR CARBALLO
RELATOR - PRO SE